UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERIC WAYNE YOUNG and WILMA JEAN YOUNG ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | **JUDGMENT** No. 5:19-CV-483-FL |
| LAKE ROYALE PROPERTY OWNERS ASSOCIATION, LAKE ROYALE PRIVATE COMPANY POLICE, TRACY CLAY, *Lake Royale Association Manager* NICOLE CLIFT, *Lake Royale Building Inspector,* RYAN WALKER, *Lake Royale Board of Directors Member and Former LRPOA Present, owner of Pine Ridge Realty*) RAGSDALE LIGGETT, PLLC *Lake Royale Attorneys,* FRANKLIN COUNTY DEPARTMENT OF SOCIAL SERVICES Defendants ) ) ) ) ) ) ) ) ) ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 27, 2021, and for the reasons set forth more specifically therein, defendants' Motions to Dismiss are GRANTED. With the claims against defendant Franklin County Department of Social Services dismissed earlier on November 12, 2020, this action is hereby dismissed WITH PREJUDICE.

**This Judgment Filed and Entered on August 27, 2021, and Copies To:**
Eric Wayne Young (via CM/ECF Notice of Electronic Filing)
Wilma Jean Young (via US mail) P O Box 72651, Durham, NC 27722
Andrew Vanore, III / Skylar Gallagher (via CM/ECF Notice of Electronic Filing)
Patrick P. Shields / Tatiana Marie Terry (via CM/ECF Notice of Electronic Filing)

August 27, 2021					PETER A. MOORE, JR., CLERK

					  /s/ Sandra K. Collins          
					(By) Sandra K. Collins, Deputy Clerk